**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KEVIN LANGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANCHEZ OIL & GAS CORPORATION,<br><br>Defendant. | Case No. 4:18-CV-02840 |

**DEFENDANT'S DISCLOSURES UNDER RULE 7.1**

Defendant Sanchez Oil & Gas Corporation has no parent corporation, and no publically held corporation owns 10% or more of its stock.

Dated: September 13, 2018

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

s/ *Brian G. Patterson*
Brian G. Patterson (Attorney-In-Charge)
Texas State Bar No. 24042974
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Tel:     (713) 220-5800
Fax:    (713) 236-0822
E-mail:  bpatterson@akingump.com

Of Counsel:
Robert G. Lian, Jr. (*pro hac vice pending*)
Joshua K. Sekoski (*pro hac vice pending*)
1333 New Hampshire Ave. NW
Washington, DC 20036
Tel:     (202) 887-4000
Fax:    (202) 887-4288
E-mail:  blian@akingump.com
              jsekoski@akingump.com

Counsel for Defendant

1

## Certificate of Service

I certify that on September 13, 2018, I electronically filed the foregoing Defendant's Disclosures Under Rule 7.1 with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ *Brian G. Patterson*
Brian G. Patterson
