United States District Court
Southern District of Texas
**ENTERED**
July 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANCHEZ OIL & GAS CORP., | § | |
|    Third-Party Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2840 |
| | § | |
| CRESCENT DRILLING & | § | |
| PRODUCTION, INC., | § | |
|    Third-Party Defendant. | § | |

# FINAL JUDGMENT

For the reasons stated in the Memorandum and Order [Doc. # 133] issued May 11, 2020, and in the Memorandum and Order issued this day, it is hereby

**ORDERED** that Third-Party Defendant Crescent Drilling & Production, Inc. ("Crescent") is entitled to summary judgment that it has no obligation to indemnify Third-Party Plaintiff Sanchez Oil & Gas Corporation ("Sanchez") for the litigation costs Sanchez incurred in defending against and settling Plaintiff Kevin Langen's Fair Labor Standards Act claims.  It is further

**ORDERED** that Crescent is awarded **$391,544.50** in reasonable attorneys' fees and **$15,176.05** in recoverable costs, with post-judgment interest to accrue at the rate of 0.15% from entry of judgment until paid.

This is a final, appealable judgment.

P:\ORDERS\11-2018\2840FJ.wpd   200724.1157

SIGNED at Houston, Texas, this 24th day of **July, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE